|   |   |
|---|---|
| SERGIO GAVALDON, et al., Plaintiffs, v. STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD. Defendant. | Case No.: 16cv590-LAB (MDD) **ORDER STRIKING AMENDED COMPLAINT; AND** **ORDER UPDATING CAPTION** |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

On February 20, the Court dismissed some claims and gave Plaintiffs leave to file a second amended complaint ("SAC") that included only claims against Standard Chartered Bank International (Americas) Ltd. ("SCBI"). The SAC was to have been filed within 14 calendar days.

Plaintiffs have now filed their SAC, naming only SCBI as a Defendant. The caption to be used from now on should name only SCBI as a Defendant.

The amended complaint was filed late and does not fully comply with the Court's order. Although StanChart was omitted as a Defendant, the SAC does not fully comply with the Court's order. For example, it still seeks damages against StanChart based on StanChart's alleged breach of duty. The Court has not

thoroughly reviewed the entire SAC, which is 82 pages long, so there may be other defects.

The second amended complaint is **ORDERED STRICKEN** and the Clerk shall remove it from the docket. Within **ten calendar days of the date this order is issued**, Plaintiffs may amend and refile their SAC. They should take care that it complies fully with the Court's order.

**IT IS SO ORDERED**.

Dated: March 8, 2019

Hon. Larry Alan Burns
Chief United States District Judge