1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         SOUTHERN DISTRICT OF CALIFORNIA
10
11   ANGELICA GAVALDON, et al.,              Case No.:  16cv590-LAB (MDD)
12                          Plaintiffs,
                                            **ORDER OF DISMISSAL**
13   v.
14   STANDARD CHARATERED
     BANK INTERNATIONAL
15   (AMERICAS) LTD.
16                          Defendant.
17
18
19        The joint motion to dismiss (Docket no. 55) is **GRANTED**.  This action is
20   **DISMISSED WITH PREJUDICE**.  The parties shall each bear their own costs and
21   attorney's fees. The Clerk is directed to close the docket.
22
23        **IT IS SO ORDERED**.
24   Dated:  May 12, 2020
25
26                                          _____
                                            Hon. Larry Alan Burns
27                                          United States District Judge
28

                                            1

                                                            16cv590-LAB (MDD)